IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KYOMI POSTLEY                                                                            PLAINTIFF

v.                              Civil No. 6:17-cv-6081

HOUSING AUTHORITY OF
HOT SPRINGS, ARKANSAS, *et al.*                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 7, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that the Motion to Dismiss (ECF No. 11) filed by Defendant Housing Authority of Hot Springs, Arkansas, be denied. Judge Bryant further recommends that Defendant Sam Spencer's Motion to Join Motion to Dismiss (ECF No. 21) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, the Motion to Dismiss (ECF No. 11) filed by Defendant Housing Authority of Hot Springs, Arkansas, and the Motion to Join Motion to Dismiss (ECF No. 21) are **DENIED**.

**IT IS SO ORDERED**, this 3rd day of January, 2018.

                                                                                /s/ Susan O. Hickey
                                                                                Susan O. Hickey
                                                                                United States District Judge