IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KYOMI POSTLEY                                                                                    PLAINTIFF

v.                                          Civil No. 6:17-cv-6081

HOUSING AUTHORITY OF
HOT SPRINGS, ARKANSAS, *et al.*                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 22, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40. Judge Bryant recommends that Plaintiff's Motion to Request the Court Appoint a Curator or in the Alternative Conduct In Camera Review (ECF No. 38) be denied. Judge Bryant further recommends that Plaintiff's claims against Separate Defendants Barbara Baer and Kenya Tate be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion to Request the Court Appoint a Curator or in the Alternative Conduct In Camera Review (ECF No. 38) is **DENIED**, and Plaintiff's claims against Separate Defendants Barbara Baer and Kenya Tate are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of March, 2018.

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge