IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KYOMI POSTLEY, *et al.*                                              PLAINTIFF

v.                           Case No. 6:17-cv-6081

HOUSING AUTHORITY OF
HOT SPRINGS, ARKANSAS, *et al.*                                      DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed December 6, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 61. Judge Bryant recommends that Plaintiff's Motion to Dismiss Minor Plaintiffs (ECF No. 59) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion to Dismiss Minor Plaintiffs (ECF No. 59) is **GRANTED**. Plaintiff's claims on behalf of her minor children, T.P., Jr., T.P., and K.P. are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge