IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KYOMI POSTLEY                                                                    PLAINTIFF

v.                                    Civil No. 6:17-cv-6081

HOUSING AUTHORITY OF THE CITY
OF HOT SPRINGS, ARKANSAS, *et al.*                                        DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss. ECF No. 63. The parties move the Court for an order dismissing with prejudice all claims in this case against Separate Defendants Hot Springs Housing Authority and Richard Herrington. The parties state that they have resolved all issues in this case. Accordingly, the Court finds that Plaintiff's claims against Separate Defendants Hot Springs Housing Authority and Richard Herrington should be and hereby are **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 18th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge